CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gilbert Salinas,**<br><br>    Plaintiff,<br><br>  v.<br><br>**Felcor Hotel Asset Company, LLC,** a Delaware Limited Liability Company;<br><br>**BHR Operations, L.L.C.,** a Delaware Limited Liability Company; and Does 1-10;<br><br>    Defendants, | **Case:** 3:21-cv-00346-CAB-AGS<br><br>**Notice of:**<br><br>(1) **Filing of First Amended Complaint in Lieu of Opposing Motion to Dismiss and**<br>(2) **Dropping the Federal Cause of Action** |

Defendants have filed a motion to dismiss. The plaintiff does not agree with the analysis presented in the Motion to Dismiss but believes that the complaint can be strengthened by amendment. Plaintiff has therefore:

1. Filed a First Amended Complaint, adding additional factual allegations to satisfy concerns raised by the defense. In any event, said amended complaint supersedes the original complaint and moots pending Rule 12 motion: "it is hornbook law that an amended pleading supersedes the original, the latter being treated thereafter as non-existent. Once

amended, the original no longer performs any function as a pleading."

*Doe v. Unocal Corp.*, 27 F.Supp.2d 1174, 1180 (C.D. Cal. 1998) *quoting*, *Bullen v. De Bretteville,* 239 F.2d 824, 833 (9th Cir. 1956).

2. Dropped the only federal cause of action, i.e., the cause of action under the Americans with Disabilities Act.

Dated: April 10, 2021                CENTER FOR DISABILITY ACCESS

By: ___/s/ Russell Handy_____
Russell Handy
Attorney for Plaintiff